1066

[Nos. 60564-0-I; 61162-3-I. Division One. September 29, 2008.]

THE STATE OF WASHINGTON, *Appellant*, v. RICHARD MACGIBBON, *Respondent*.

Appeals from a judgment of the Superior Court for King County, No. 98-3-08060-8, James A. Doerty, J., entered August 20, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60568-2-I. Division One. September 29, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH LINDELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-09405-5, Richard A. Jones, J., entered August 27, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60595-0-I. Division One. September 29, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DE CHUNG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-04371-0, Catherine D. Shaffer, J., entered September 10, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60658-1-I. Division One. September 29, 2008.]

*In the Matter of the Marriage of* BRIAN J. LAKE, *Respondent*, and ELISA L.S. LAKE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-3-04245-2, Suzanne M. Barnett, J., entered August 31, 2007. *Affirmed* by unpublished per curiam opinion.